IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROY HOROWITZ<br>   Hillsborough, NJ 08844,<br>LINDA LARSON<br>   Lake Havasu City, AZ 86406,<br>KEMPTEN POLLARD<br>   Bradenton, FL 34209,<br>KATHERINE SEAMAN<br>   Bernardsville, NJ 07924,<br>      and<br>KATHLEEN SWEENEY<br>   Blackwood, NJ 08012,<br>*on behalf of themselves individually*<br>*and on behalf of those similarly situated*,<br><br>      Plaintiffs,<br><br>  -against-<br><br>AT&T INC.<br>   208 S. Akard St.<br>   Dallas, TX 75202,<br>AT&T CORP.<br>   One AT&T Way<br>   Bedminster, NJ 07921,<br>AT&T SERVICES, INC.<br>   208 S. Akard St.<br>   Dallas, TX 75202,<br>      and<br>AT&T MOBILITY SERVICES LLC<br>   1025 Lenox Park Blvd NE<br>   Atlanta, GA 30319,<br><br>      Defendants. | CIVIL ACTION NO.:<br>3:17-cv-04827-BRM-LHG<br><br><br><br><br><br><br><br><br><br><br><br>**CERTIFICATION OF**<br>**JAMES BUCCI, ESQUIRE** |

I, JAMES BUCCI, of full age, hereby certify as follows:

1. I am an attorney licensed in the State of New Jersey and a Partner at the law firm Genova Burns, LLC.

2. I make this Certification in connection with the Rule 7.1 Corporate Disclosure Statement that I filed on September 25, 2017 on behalf of Defendant, AT&T Corp., in connection with the above-captioned matter.

3. The Rule 7.1 Corporate Disclosure Statement of AT&T Corp. was inadvertently filed "under seal".

4. I hereby request that the "under seal" designation be removed and that the docket reflect the same.

5. I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: September 26, 2107          By: /s/ James Bucci
                                                          James Bucci
                                                          Genova Burns LLC
                                                          2 Riverside Drive, Suite 502
                                                          Camden, NJ 08103
                                                          Phone: (856) 968-0686
                                                          Fax: (856) 968-0680
                                                          jbucci@genovaburns.com

                                                          *Attorneys for AT&T Corp.*

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2017, a copy of the foregoing Certification was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      /s/ James Bucci