IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROY HOROWITZ<br>    Hillsborough, NJ 08844,<br>LINDA LARSON<br>    Lake Havasu City, AZ 86406,<br>KEMPTEN POLLARD<br>    Bradenton, FL 34209,<br>KATHERINE SEAMAN<br>    Bernardsville, NJ 07924,<br>    and<br>KATHLEEN SWEENEY<br>    Blackwood, NJ,<br>*On behalf of themselves individually and on behalf of those similarly situated,*<br><br>    Plaintiffs,<br><br>v.<br><br>AT&T INC.<br>    208 S. Akard St., Dallas, TX 75202,<br>AT&T CORP.<br>    One AT&T Way, Bedminster, NJ 07921,<br>AT&T SERVICES, INC.<br>    208 S. Akard St., Dallas, TX 75202,<br>    and<br>AT&T MOBILITY SERVICES, LLC<br>    1025 Lenox Park Blvd NE, Atlanta, GA 30319,<br><br>    Defendants. | RECEIVED<br>MAY 29 2018<br>AT 8:30_____<br>WILLIAM T. WALSH M<br>CLERK<br><br><br>CIVIL ACTION NO. 3:17-cv-04827 |

### **NOTICE OF VOLUNTARY DISMISSAL BY PLAINTIFF KEMPTEN POLLARD**

Pursuant to the Stipulation and Order entered by the Court on May 17, 2018 (ECF No. 71) and Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff Kempten Pollard voluntarily withdraws with prejudice the claims he has filed against AT&T Inc., AT&T Corp., and AT&T Mobility Services LLC. Per the Stipulation and Order, the parties are to bear their own costs and attorney's fees in connection with the dismissals.

By: /s/ Susan M. Saint-Antoine
    Stephen G. Console
    Laura C. Mattiacci
    Susan M. Saint-Antoine
    Emily R. Derstine-Friesen
    Console Mattiacci Law, LLC
    110 Marter Avenue, Suite 502
    Moorestown, NJ 08057
    Phone: (856) 854-4000
    Fax: (856) 854-4006
    console@consolelaw.com
    mattiacci@consolelaw.com
    santanto@consolelaw.com
    derstinefriesen@consolelaw.com

*Attorneys for Plaintiff, Kempten Pollard*

Dated: May 24, 2018

It is so ordered this 29th day of May, 2018

Brian R. Martinotti, U.S.D.J.