IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ROY HOROWITZ, KATHERINE SEAMAN, and KATHLEEN SWEENEY, | : : : : : | CIVIL ACTION NO. 17-4827 |
| Plaintiffs, | : : | |
| v. | : : | |
| AT&T, INC., AT&T CORP., AT&T SERVICES, INC., and AT&T MOBILITY SERVICES, LLC, | : : : : : | |
| Defendants. | : | |

**JOINT STIPULATION**

It is hereby stipulated, by and between the undersigned Counsel, that the caption of this matter shall be amended to reflect Katherine Seaman as the only named Plaintiff in this action.

Respectfully Submitted,

*/s/ Daniel S. Orlow*
**CONSOLE MATTIACCI LAW, LLC**
Daniel S. Orlow, Esquire
1525 Locust Street, 9th Floor
Philadelphia, PA 19102
(215) 545-767
Attorneys for Plaintiff

May 27, 2020

*/s/ Kenneth W. Gage*
**PAUL HASTINGS, LLP**
Kenneth W. Gage, Esq.
200 Park Avenue
New York, NY 10166
(212) 318-6046
Attorneys for Defendants

May 27, 2020

IT IS SO ORDERED

Date: 5/27/2020

_____
U.S.D.J.